Plaintiff
    Shareef Abdul Qadeer

Defendant

04-12195-REK

referred to MJ Goldin

    Suffolk Superior Court Probation
    Worcester Superior Court Probation

## Complaint

1. Plaintiff is Resident of Boston and Worcester Mass citizens of USA

2. Defendant is a resident of Roxbury Mass and Citizen of USA

3. Jurisdiction

Facts

On Wed., Oct 20 the ~~Worcester~~ Suffolk Superior ~~Cts~~ Probation dept stated that I could not live, work or pray at my Mosque or any other mosque where children under 16 are present.

Under terms of my probation Special Conditions it states

"No Contact with children under the age of 16.

"No employment that involves children or has contact with children under the age of 16.

I am currently living at Masjid annur in Roxbury Mass (28 Circuit St) and I am also working there as well helping with upkeep in return for a room to live in.

In the building that I live in and work in, on the third floor in a separate apt. There resides an Imam with his family, his children

are just babies. I have no contact with these children. Also I pray with children under the age of 16 I have no contact with them this takes place in Congregation I am never alone with any children.

Probation is saying that I cannot live, work or pray where ever children are present.

In the Islamic religion people stay in the Mosque especially during Ramadam It is also considered a blessing if you help to maintain the mosque either finacially or by work.

My Rights to freedom of religion are being violated as they (Probation) are saying I cannot live, work or pray where children under 16 are present which is any church, Mosque or religious organization and practecally every apt or house

Relief define "Contact" and allow me to pursue my ~~Religious~~ Religious Rights to work and live and pray. I am seeking immedeate relief as this is the Month of Ramadan, and I wish to pray and stay in the Mosque and continue my work there. As I have no place to live or a job

Wherefore the Plaintiff demands judgement against defendants for damages and such other relief as this Court deems just

Shareef Abdul Qadeer
28 Circuit St.
Roxbury Mass.

Tel 617 416 7879

# COMMONWEALTH OF MASSACHUSETTS
## SUPERIOR COURT PROBATION CONTRACT
### Worcester County Superior Court

Date: September 21, 2004

TO: Shareef Qadeer
AKA Glen Wheeler

You have been placed on probation for the period <u>September 20, 2004</u> to <u>September 20, 2014</u> on docket number <u>99-0274-23, 24.</u> Unless otherwise excused, you are required to return to court on <u>September 20, 2014</u> when a report on your probation progress will be made.

If you fail to comply with any of the following conditions of probation now placed on you by this court, you may be ordered to appear again in court, after due notice, and the court may change the conditions, extend the period of probation or impose sentence. If you should fail to appear you may be defaulted and a warrant for your arrest may be issued.

## CONDITIONS OF PROBATION
(Strike out conditions not imposed the Court)

1. You must obey local, state and federal laws and court orders.
2. You must report to your assigned Probation Officer at such time and place as he/she requires.
3. You must notify the Probation Officer immediately of a change of address or employment.
4. You must not leave the Commonwealth without the express permission of the Probation Office. You shall execute an agreement to waive extradition forthwith.
5. You shall not have direct or indirect contact with the victim(s) nor reside in the same house or apartment with the victim(s) unless approved by the court.
6. You shall either pay the probation fee as determined by the Probation Department or pursue community services as ordered by the court.
7. You shall inform the Probation Department of any new arrest or notice of criminal charge(s) within 24 hours of arraignment thereon.
8. You shall submit to substance abuse, alcohol evaluation, testing (including random) and outpatient treatment if deemed appropriate by the Probation Department or inpatient treatment if ordered by the Court and agree to a release of any confidential privileged information applicable thereto to the Probation Department.
9. You may be visited by a Probation Officer at home, school or your place of employment with or without notice.
10. You shall work, seek employment or participate in educational programs/training to the satisfaction of your Probation Officer.
11. You shall not receive, possess, control or transport any non-prescription drugs, weapon, explosive firearm or ammunition.
12. You shall participate in literacy, basic education, or high school equivalency classes, counseling programs and testing as directed by the Probation Department.

## SPECIAL CONDITIONS OF PROBATION

13. Participate in/comply with Sex Offender Counseling
14. No Contact with children under the age of 16
15. No employment that involves children or has contact with children under 16
16. No contact with victims or victims family
17. 200 Hours of community service ( in lieu of psf)
18. Maintain compliance with Sex Offender Registry and provide DNA in accordance with Ch. 22 E
19. Submit to Psychological Evaluation and follow all recommended treatment

I have read and understand the above conditions of probation and agree to observe them. I acknowledge receipt of a copy of these conditions.

Make bank checks/money orders payable to Chief Probation Officer

_Andrew Peck_, Probation Officer

(x) _Shareef Abdul Qadeer_
Shareef Qadeer

_____
Judge Hillman