UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHAREEF ABDUL QADEER,              )
                                   )
                Plaintiff,         )
                                   )
           v.                      )    C.A. No. 04-12195-REK
                                   )
SUFFOLK COUNTY SUPERIOR            )
COURT PROBATION, et al.,           )
                                   )
                Defendants.        )

ORDER

GORTON, D.J.,

On October 20, 2004, plaintiff Shareef Abdul Qadeer submitted a complaint in which he sought a temporary restraining order. The complaint was initially assigned to Judge Keeton of this Court, but was reassigned to me in my capacity as emergency judge due to Judge Keeton's unavailability.

Pursuant to a probation agreement with the Worcester Superior Court, Qadeer may not have contact with children under the age of 16. He claims that, in violation of his First Amendment rights, the defendants have construed the term "contact" in his probation contract as including any contact Qadeer might have with children under the age of 16 while "living, working, or praying" at his mosque. Although I today have denied Qadeer's application for a temporary restraining order because of his failure to certify his efforts to inform defendants of his request for emergency injunctive relief, I will schedule a hearing on Qadeer's

claims.

A hearing on plaintiff's application is scheduled for Tuesday, October 26, 2004, at 12:00 noon.

SO ORDERED.


10/20/04                          s/Nathaniel M. Gorton
DATE                              UNITED STATES DISTRICT JUDGE

2